UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTLEY JOHNSON,

        Plaintiff,

v.

BELLA PIATTI, *et al.*,

        Defendants.

_____/

Case No. 5:19-cv-13461
District Judge Judith E. Levy
Magistrate Judge Anthony P. Patti

## ORDER APPOINTING THE U OF D MERCY LAW SCHOOL FEDERAL *PRO SE* LEGAL ASSISTANCE CLINIC FOR THE LIMITED PURPOSE OF ENGAGING IN SETTLEMENT DISCUSSIONS

Thus far, Plaintiff has proceeded in this matter without the assistance of counsel; however, on May 13, 2021, the Court conditionally granted, in part, Plaintiff's motions to appoint counsel. (ECF No. 25.) On May 14, 2021, the Court reached out to the *U of D Mercy Law School Federal Pro Se Legal Assistance Clinic*, which – should Plaintiff wants its assistance – has agreed to accept an appointment for the limited purpose of engaging in settlement discussions. Accordingly, the *U of D Mercy Law School Federal Pro Se Legal Assistance Clinic* is **APPOINTED** for this limited purpose. The Clinic's Director is invited to reach out to my case manager (313-234-5200) to facilitate the initial contact with Plaintiff.

**IT IS SO ORDERED.**

Dated: May 17, 2021

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE